| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Northern District of Illinois |
| Case number (if known): _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Timothy Place, NFP

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

Park Place Christian -- Elmhurst; Park Place Christian Community; Park Place Christian Services; Park Place Christian Retirement Community; Park Place Christian Community of Elmhurst; Park Place of Elmhurst; Providence Health and Wellness at Park Place; Providence Health and Wellness Center at Park Place; Providence Health and Wellness Center ; Providence Health and Wellness

**3. Debtor's federal Employer Identification Number (EIN)**   2 0 - 1 8 3 5 0 8 9

**4. Debtor's address**

Principal place of business
18601 North Creek Drive
Tinley Park, IL 60477

DuPage County
County

Mailing address, if different from principal place of business

Location of principal assets, if different from principal place of business
1050 South Euclid Avenue &
1150 South Euclid Avenue
Elmhurst, IL 60126

**5. Debtor's website (URL)**  www.parkplaceelmhurst.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor   Timothy Place, NFP                              Case number (if known) _____
         Name

7. **Describe debtor's business**

   A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   _6_ _2_ _3_ _3_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
           District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor Chrisitian Healthcare Foundation, NFP   Relationship Affiliate
            District Northern District of Illinois         When 01/17/2016
                                                                MM / DD / YYYY
            Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Generated by CaseFilePRO

Debtor  __Timothy Place, NFP_____  Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor  Timothy Place, NFP
_____Name_____                                         Case number (if known)_____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/17/2016
            MM / DD / YYYY

✗ /s/ William DeYoung                     William DeYoung
Signature of authorized representative of debtor      Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

✗ /s/ David A. Agay                       Date  01/17/2016
Signature of attorney for debtor                MM / DD / YYYY

(312) 280-0111                            dagay@mcdonaldhopkins.com
Contact phone                             Email address

6244314                                   IL
Bar number                                State


Contact phone                             Email address

Bar number                                State

Voluntary Petition for Non-Individuals Filing for Bankruptcy

## OFFICER'S CERTIFICATE OF TIMOTHY PLACE, NFP

The undersigned, being the duly appointed Chief Financial Officer of Timothy Place, NFP, an Illinois not-for-profit corporation, (the "Corporation"), does hereby certify on behalf of the Corporation that the following resolutions were duly adopted by the Board of Directors of the Corporation at a meeting on January 7, 2016, and such resolutions have not been modified or rescinded and are in full force and effect as of the date hereof.

Dated: January 17, 2016

William De Young
Chief Financial Officer

{5852485:3}

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF TIMOTHY PLACE, NFP

**January 7, 2016**

The Board of Directors of Timothy Place, NFP, an Illinois not-for-profit corporation, (the "Corporation"), does hereby consent to the adoption of the following resolutions, which resolutions were adopted as of the date hereof by unanimous vote at a duly convened meeting held for such purpose:

### Bankruptcy Authorization

RESOLVED, that it is in the best interests of the Corporation, its mission, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Corporation's Executive Director or Chief Financial Officer, (each, an "Authorized Person") each are hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") at such time as said Authorized Person executing the same shall determine;

RESOLVED, that the law firm of McDonald Hopkins LLC, 300 North LaSalle Street, Suite 2100, Chicago, Illinois 60654 is hereby retained as legal counsel for the Corporation in the Corporation's chapter 11 case, subject to bankruptcy court approval;

RESOLVED, that North Shores Consulting Inc., 282 E. Sycamore Street, Columbus, Ohio 43206 is hereby retained as a financial advisor for the Corporation in the Corporation's chapter 11 case, subject to bankruptcy court approval;

RESOLVED, that each Authorized Person is hereby authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such chapter 11 case;

RESOLVED, that each Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other action, as in the judgment of such Authorized Person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt and other obligations, organizational form and structure, and corporate ownership consistent with the foregoing resolutions, and to carry out and put into effect the

{5852485:3}

purposes of the foregoing resolutions and the transactions contemplated by these resolutions, such Authorized Person's authority thereunto to be evidenced by the taking of such actions;

RESOLVED, that each Authorized Person is hereby authorized, empowered, and directed to cause the Corporation to enter into that certain (a) Restructuring Term Sheet (the "Term Sheet"), dated December 10, 2015, setting forth the principal terms and conditions of a financial restructuring (the "Restructuring Transaction") of the outstanding indebtedness of the Corporation, and (b) Plan Support Agreement (the "Plan Support Agreement"), by and between the Corporation, Christian Healthcare Foundation, NFP, and the Consenting Holders (as defined in the Plan Support Agreement);

RESOLVED, that each Authorized Person is hereby authorized, empowered, and directed to cause the Corporation to (a) consummate the Restructuring Transaction and all other transactions contemplated by the Term Sheet and the Plan Support Agreement, including, but not limited to, causing the Corporation to file a chapter 11 plan of reorganization (the "Plan") including the terms and conditions set forth in the Term Sheet and Plan Support Agreement, (b) solicit votes on the Plan during the Corporation's chapter 11 case, and (c) seek confirmation of the Plan from the Bankruptcy Court during the Corporation's chapter 11 case;

**Ancillary Agreements; General**

RESOLVED, that each Authorized Person is hereby authorized and empowered to take all such further actions including, without limitation, to arrange for and enter into supplemental agreements, instruments, certificates, or documents relating to the transactions contemplated by the foregoing resolutions as such Authorized Person deems to be necessary, proper, or advisable in such Authorized Person's sole judgment, and to execute and deliver all such supplemental agreements, instruments, certificates, or documents in the name and on behalf of the Corporation, which shall in such Authorized Person's sole judgment be necessary, proper, or advisable in order to perform the Corporation's obligations under or in connection with, or pursuant to, the foregoing resolutions, and to carry out fully the intent of the foregoing resolutions; and

RESOLVED, that all of the acts of the officers, employees, or agents of the Corporation for and on behalf of the Corporation in connection with the transactions described or referred to in these resolutions, whether heretofore or hereafter done or performed, which are in conformity with the intent and purposes of these resolutions and the agreements and instruments referred to herein, are hereby ratified, confirmed, and approved in all respects.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TIMOTHY PLACE, NFP,[1] | ) Case No. 16-[_____] (___) |
| | ) |
| Debtor(s). | ) |
| | ) |

LIST OF EQUITY SECURITY HOLDERS AND
CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, Timothy Place, NFP submits the following information:

| Name of Member(s) |
|---|
| Rest Haven Illiana Christian Convalescent Home d/b/a Providence Life Service |

| Name and Address of Equity Security Holder(s) | Interest |
|---|---|
| 18601 North Creek Drive<br>Tinley Park, Illinois 60477 | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number is 5089.

{5886416:2}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TIMOTHY PLACE, NFP,[1] | ) Case No. 16-[_____] (___) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

**DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS AND
CORPORATE OWNERSHIP STATEMENT**

I, William DeYoung, Chief Financial Officer of the above-captioned chapter 11 debtor, declare under penalty of perjury that I have reviewed the foregoing list of Equity Security Holders and Corporate Ownership Statement and that it is true and correct as of January 17, 2016, to the best of my knowledge, information, and belief.

Date: January 17, 2016          Signature: /s/ William De Young
                                          William DeYoung
                                          Chief Financial Officer

---

[1] The last four digits of the Debtor's federal tax identification number is 5089.

{5886416:2}

**Fill in this information to identify the case:**

Debtor name: Timothy Place, NFP - Consolidated

United States Bankruptcy Court for the: Northern District of Illinois   District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blue Cross Blue Shield Association<br>225 North Michigan Avenue<br>Chicago, IL 60601 | | Trade Debt | | | | 47,625.61 |
| 2 | Gordon Food Service, Inc<br>PO Box 88029<br>Chicago, IL 60680-1029 | | Trade Debt | | | | 47,334.78 |
| 3 | Marianjoy Rehabilitation Hospital<br>Attn: Sharon Gilmore, Acct'g<br>PO Box 389<br>Wheaton, IL 60189 | | Trade Debt | | | | 36,208.12 |
| 4 | Premier Produce, Inc.<br>10100 Franklin Ave<br>Franklin Park, IL 60131 | | Trade Debt | | | | 8,035.75 |
| 5 | Medline Industries, Inc.<br>Dept CH 14400<br>Palatine, IL 60055-4400 | | Trade Debt | | | | 5,339.44 |
| 6 | McFarlane Douglass & Co<br>143 Tower Dr<br>Burr Ridge, IL 60527 | | Trade Debt | | | | 5,333.00 |
| 7 | Templar Construction, Inc.<br>1016 W. Jackson Blvd<br>Ste 206<br>Chicago, IL 60607 | | Trade Debt | | | | 5,060.00 |
| 8 | Martin Whalen Office Solutions, Inc.<br>P.O. Box 351<br>Bradley, IL 60915 | | Trade Debt | | | | 2,422.97 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor ___Timothy Place, NFP - Consolidated___  Case number (if known)_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  A New Dairy, Inc. 1234 W. Randolph Chicago, IL 60607 | | Trade Debt | | | | 2,298.90 |
| 10  HLS- Wheeling LLC 13028 Collection Center Dr Chicago, IL 60693-0130 | | Trade Debt | | | | 2,264.86 |
| 11  Fitzsimmons Hospital Services PO Box 497 Oak Forest, IL 60452 | | Trade Debt | | | | 2,234.29 |
| 12  Red Hawk Fire & Security 7296 Solution Center Chicago, IL 60677-7002 | | Trade Debt | | | | 2,020.17 |
| 13  K.Hoving Recycling & Disposal, Inc. 2351 Powis Rd West Chicago, IL 60185 | | Trade Debt | | | | 1,821.56 |
| 14  Parker Cromwell Healthcare Associates 122-B Calendar Avenue La Grange, IL 60525 | | Trade Debt | | | | 1,623.00 |
| 15  McKesson P.O. Box 630693 Cincinnati, OH 45263-0693 | | Trade Debt | | | | 1,516.17 |
| 16  Metro Professional Products 2001 S Mount Prospect Rd Des Plaines, IL 60018 | | Trade Debt | | | | 1,360.35 |
| 17  GlynnDevins Advertising 11230 College Blvd Overland Park, KS 66210 | | Trade Debt | | | | 1,307.83 |
| 18  Pepsi-Cola 75 Remittance Dr Ste 1884 Chicago, IL 60675-1884 | | Trade Debt | | | | 1,241.19 |
| 19  Motion Picture Licensing Corp. P.O. Box 912421 Denver, CO 80291-2421 | | Trade Debt | | | | 1,067.82 |
| 20  Staples Advantage Dept DET PO Box 83689 Chicago, IL 60696-3689 | | Trade Debt | | | | 922.22 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Timothy Place, NFP__

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number (*If known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/17/2016__          ✗ __/s/ William DeYoung__
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    __/s/ William DeYoung__
                                    Printed name

                                    __Chief Financial Officer__
                                    Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors

Generated by CaseFilePRO

# United States Bankruptcy Court
## Northern District of Illinois

In re  Timothy Place, NFP
                                        Debtor(s)

Case No.
Chapter  11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  409

The above-named Debtor hereby verifies that the list of creditors is true and correct to the best of my knowledge.

January 17, 2016
Date

/s/ William De Young
William De Young, Chief Financial Officer
Signer/Title

{5862265:3}