**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TIMOTHY PLACE, NFP, *et al.*,[1] | ) | Case No. 16-01336 (JPC) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

**AGENDA FOR FIRST DAY HEARING**

Hearing Date and Time:   **January 20, 2016, at 10:30 a.m. (Central Time)**

Location of Hearing:   The Honorable Jacqueline P. Cox
Courtroom No. 680
United States Bankruptcy Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Copies of Motions:   A copy of each filing can be viewed at the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' proposed noticing and claims agent, Globic Advisors, at www.globic.com/timothyplace.

**A.   Introduction**

   1.   Declaration of William DeYoung in Support of the Chapter 11 Petitions and First Day Motions [Docket No. 7]

   2.   Disclosure Statement for Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 8]

   3.   Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 9]

**B.   Procedural Motions**

   4.   Debtors' Motion for Entry of Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 6]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Timothy Place, NFP (5089) and Christian Healthcare Foundation, NFP (2359).

{5908024:}

1

5. Debtors' Motion for Entry of Order Granting Additional Time to File Schedules and Statements [Docket No. 22]

C. **Motions Related to Debtors' Business Operations**

6. Debtors' Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection to the Bond Trustee [Docket No. 10]

7. Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing (A) Payment of Certain Employee Compensation and Benefits and (B) Maintenance and Continuation of Such Benefits and Other Employee-Related Programs [Docket No. 11]

8. Debtors' Motion for Entry of an Order (I) Authorizing Continued Use of Existing Cash Management System, (II) Authorizing Maintenance of Existing Bank Accounts and Existing Business Forms, (III) Authorizing Continuation of Intercompany Transactions and Preservation of Existing Intercompany Setoff Rights, and (IV) Waiving Certain Investment and Deposit Requirements [Docket No. 12]

9. Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing Payment of Certain Prepetition Taxes and Granting Related Relief [Docket No. 13]

10. Debtors' Motion for Entry of Order (I) Authorizing Debtors to Maintain Their Prepetition Entrance Fee Escrow Account to Hold All Resident Fees Received From New Residents After the Petition Date and (II) Establishing Procedures for Resident Confidentiality in Court Filings [Docket No. 15]

11. Debtors' Motion for Entry of Order (A) Authorizing Payment of Prepetition Trade Claims in the Ordinary Course of Business, (B) Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 14]

D. **Scheduling of Hearing on the Disclosure Statement**

12. Debtors' Motion for Entry of an Order (A) Scheduling a Hearing on the Disclosure Statement and (B) Establishing a Deadline for Filing Objections Thereto [Docket No. 45]

E. **Subsequent Hearing Dates**

13. Debtors' Motion for Entry of Order Authorizing Assumption of Plan Support Agreement [Docket No. 20]

14. Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement; (II) Establishing Plan Solicitation, Voting, and Tabulation Procedures; (III) Scheduling Hearing and Establishing Notice and Objection Procedures for Confirmation of Debtors' Chapter 11 Plan; and (IV) Granting Related Relief [Docket No. 19]

15. Debtors' Motion for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices; (B) Establishing Procedures for Determining Requests for Additional Adequate Protection; and (C) Granting Related Relief [Docket No. 17]

16. Debtors' Motion for Entry of an Order (A) Authorizing Debtors to Pay Their Insurance Obligations in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 18]

17. Debtors' Motion for Entry of Order (A) Determining that Appointment of Patient Care Ombudsman is Not Necessary and (B) Allowing the Debtors to Self-Report [Docket No. 21]

18. Debtors' Application for Entry of Order Authorizing and Approving Employment of McDonald Hopkins LLC as Counsel to Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 24]

19. Debtors' Application for Entry of Order Authorizing and Approving Employment of North Shores Consulting Inc. as Financial Advisor for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 25]

20. Debtors' Application for Entry of Order Authorizing and Approving Employment of Globic Advisors as Claims and Noticing Agent for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 26]

[*Remainder of Page Intentionally Left Blank; Signature Page to Follow*]

January 19, 2016  
Chicago, Illinois

Respectfully submitted,

/s/ David A. Agay  
David A. Agay (ARDC No. 6244314)  
Joshua A. Gadharf (ARDC No. 6296543)  
McDONALD HOPKINS LLC  
300 North LaSalle Street, Suite 2100  
Chicago, Illinois 60654  
Telephone: (312) 280-0111  
Facsimile: (312) 280-8232  
E-mail: dagay@mcdonaldhopkins.com  
         jgadharf@mcdonaldhopkins.com

-and-

Shawn M. Riley (*pro hac vice* pending)  
Manju Gupta (*pro hac vice* pending)  
McDONALD HOPKINS LLC  
600 Superior Avenue, E., Suite 2100  
Cleveland, OH 44114  
Telephone: (216) 348-5400  
Facsimile: (216) 348-5474  
E-mail: sriley@mcdonaldhopkins.com  
         mgupta@mcdonaldhopkins.com

PROPOSED COUNSEL FOR DEBTORS  
AND DEBTORS IN POSSESSION