**EXHIBIT B**

**Park Place at Elmhurst**
**Proposed Bond Exchange**

**Sources and Uses of Funds on Effective Date**

Sources
| | | | |
|---|---|---|---|
| Series 2016A Bonds | 103,691,500 | | |
| Series 2016B Bonds | 20,514,750 | | |
| Total Senior Debt | | 124,206,250 | |
| Series 2016C Bonds (subordinate) | | 21,918,750 | |
| Total Series 2016 Bonds for Exchange | | | 146,125,000 |
| Providence Subordinate Loan | | | 5,000,000 |
| Revenue Fund | | | 2,165,701 |
| Operating Reserve Fund | | | 1,000,016 |
| Entrance Fee Fund | | | 7,454,616 |
| Series 2010 Debt Service Reserve Fund | | | 6,815,316 |
| Total Sources | | | 168,560,650 |

Uses
| | | | |
|---|---|---|---|
| Series 2010A, B and C Redemption | | 121,990,000 | |
| Series 2010D-1, D-2 Redemption | | 24,135,000 | |
| Total Series 2010 Redemption | | | 146,125,000 |
| Series 2016 Debt Service Reserve Fund | | | 8,649,817 |
| Series 2010 Accrued Interest at | 4.5 months | | 4,379,840 |
| Operating Reserve Fund | | | 5,321,369 |
| Operating Account | | | 2,585,124 |
| Entrance Fee Fund | | | - |
| Costs of Issuance/Restructuring Costs | | | 1,499,500 |
| Total Uses | | | 168,560,650 |