**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TIMOTHY PLACE, NFP, *et al.*,[1] | ) Case No. 16-01336 (JPC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**NOTICE OF FILING SUPPLEMENT TO FINAL FEE APPLICATION OF MCDONALD HOPKINS LLC, AS COUNSEL TO THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (JANUARY 17, 2016 THROUGH APRIL 1, 2016)**

TO:   *See* Attached Service List

**PLEASE TAKE NOTICE** that, on May 11, 2015, McDonald Hopkins filed its *Customary and Comparable Compensation Disclosures with Fee Applications*, attached hereto as **Exhibit A**.

| | |
|---|---|
| May 11, 2016<br>Chicago, Illinois | Respectfully submitted,<br><br>/s/ David A. Agay<br>David A. Agay (ARDC No. 6244314)<br>Joshua A. Gadharf (ARDC No. 6296543)<br>McDONALD HOPKINS LLC<br>300 North LaSalle Street, Suite 2100<br>Chicago, Illinois 60654<br>Telephone: (312) 280-0111<br>Facsimile: (312) 280-8232<br>E-mail: dagay@mcdonaldhopkins.com<br>        jgadharf@mcdonaldhopkins.com<br><br>-and-<br><br>Shawn M. Riley (admitted *pro hac vice*)<br>Manju Gupta (admitted *pro hac vice*)<br>McDONALD HOPKINS LLC |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Timothy Place, NFP (5089) and Christian Healthcare Foundation, NFP (2359).

{6114560:}

600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
E-mail:  sriley@mcdonaldhopkins.com
         mgupta@mcdonaldhopkins.com

COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

{6114560:}                              2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the ***Notice of Filing Supplement to Final Fee Application of McDonald Hopkins LLC, as Counsel to the Debtors, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses (January 17, 2016 Through April 16, 2016)*** was served upon the parties listed on the service list set forth below via ECF on May 11, 2016.

Dated:  May 11, 2016                                         /s/  David A. Agay


## SERVICE LIST

The following is the list of parties who are currently on the list to receive email notice/service for this case:

- David A Agay – dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
- Thomas V Askounis – taskounis@askounisdarcy.com
- Daniel S. Bleck – dbleck@mintz.com
- Jeffrey C Dan – jdan@craneheyman.com, gbalderas@craneheyman.com; dwelch@craneheyman.com; jmunoz@craneheyman.com
- Joshua A Gadharf – jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
- Allison E Kahrnoff – akahrnoff@askounisdarcy.com
- Patrick S Layng – USTPRegion11.ES.ECF@usdoj.gov
- Michael W Ott – mott@schiffhardin.com, dgordon@schiffhardin.com
- Brian P Welch – bwelch@craneheyman.com, gbalderas@craneheyman.com
- David K Welch – dwelch@craneheyman.com, gbalderas@craneheyman.com; jdan@craneheyman.com

{6114560:}

# **EXHIBIT A**

Case 16-01336 Doc 189 Filed 05/11/16 Entered 05/11/16 08:23:57 Desc Main
Document Page 4 of 5

{6114560:}

**EXHIBIT A**

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED — Firm or offices for preceding year, excluding bankruptcy | BILLED — In this fee application |
| Delete — Members | $440.98 | $556.75 |
| Delete — Associates | $262.71 | $319.69 |
| Delete — Paraprofessionals | $194.01 | $148.65 |
| Add — *Click Add button to add additional timekeeper category* | | |
| All timekeepers aggregated | $356.18 | $355.41 |

Case Name: In re Timothy Place, NFP, et al.
Case Number: 16-01336 (JPC)
Applicant's Name: McDonald Hopkins LLC
Date of Application: 04/29/2016
Interim or Final: Final

UST Form 11-330-A (2013)