**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TIMOTHY PLACE, NFP, *et al.*,[1] | ) Case No. 16-01336 (JPC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned, an attorney, hereby certifies that a true and correct copy of the *Notice of Motion and Debtors' Motion for Final Decree Closing Bankruptcy Cases* was served via U.S. Mail to the parties listed on Exhibit 1 attached hereto:

June 8, 2016
Chicago, Illinois

Respectfully submitted,

/s/ Joshua A. Gadharf
David A. Agay (ARDC No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
E-mail: dagay@mcdonaldhopkins.com
　　　　　jgadharf@mcdonaldhopkins.com

-and-

Shawn M. Riley (admitted *pro hac vice*)
Manju Gupta (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Timothy Place, NFP (5089) and Christian Healthcare Foundation, NFP (2359).

{6163921:}

Facsimile:   (216) 348-5474
E-mail:  sriley@mcdonaldhopkins.com
        mgupta@mcdonaldhopkins.com

COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

{6163921:}

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the *Certificate of Service* was served upon the parties listed on the service list set forth below via ECF on June 8, 2016

.

Dated:  June 8, 2016                                          /s/  Joshua Gadharf

## SERVICE LIST

The following is the list of parties who are currently on the list to receive email notice/service for this case:

- David A Agay – dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
- Thomas V Askounis – taskounis@askounisdarcy.com
- Daniel S. Bleck – dbleck@mintz.com
- Jeffrey C Dan – jdan@craneheyman.com, gbalderas@craneheyman.com; dwelch@craneheyman.com; jmunoz@craneheyman.com
- Joshua A Gadharf – jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
- Allison E Kahrnoff – akahrnoff@askounisdarcy.com
- Patrick S Layng – USTPRegion11.ES.ECF@usdoj.gov
- Michael W Ott – mott@schiffhardin.com, dgordon@schiffhardin.com
- Brian P Welch – bwelch@craneheyman.com, gbalderas@craneheyman.com
- David K Welch – dwelch@craneheyman.com, gbalderas@craneheyman.com; jdan@craneheyman.com

{6163921:}