UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>TIMOTHY PLACE, NFP, et al.,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-01336<br><br>Chapter:  11<br>Honorable Jacqueline Cox |

## OORDER AND FINAL DECREE CLOSING
## DEBTORS' BANKRUPTCY CASES

This matter having come before the Court on the Debtors' Motion for Final Decree Closing Bankruptcy Cases (the "Motion") filed by the above-captioned debtors and debtors in possession (the "Debtors"); the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); (c) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (d) notice of the Motion was adequate and sufficient under the circumstances of the Debtors' chapter 11 cases; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein: NOW, THEREFORE, IT IS ORDERED THAT:

1. The Motion shall be, and hereby is, GRANTED.

2. The chapter 11 cases of the Debtors are hereby closed, effective as of June 28, 2016.

3. The requirement in Local Rule 3022-1 to serve notice of the Motion on all creditors is waived.

4. The Debtors are directed to remit to the Office of the United States Trustee for the Northern District of Illinois the quarterly fees due and owing for the second quarter of 2016, when such fees become due.

5. The Debtors are authorized to take such actions as are necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall also retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Enter:

*J. Cox / Jacqueline P. Cox*

Dated: June 28, 2016

United States Bankruptcy Judge

**Prepared by:**
David A. Agay (ARDC No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
McDONALD HOPKINS LLC

Rev: 20151029_bko

300 North LaSalle Street, Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
E-mail: dagay@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com


-and-

Shawn M. Riley (admitted pro hac vice)
Manju Gupta (admitted pro hac vice)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: sriley@mcdonaldhopkins.com
mgupta@mcdonaldhopkins.com